**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Malcolm Williams, individually and as trustee for North Dakota Workforce Safety & Insurance, | ) ) ) ) | **ORDER DENYING MOTION TO COMPEL** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Hamm & Phillips Service Company, Inc., and Mark Miedema, | ) ) ) | Case No. 4:13-cv-079 |
| Defendants. | ) | |

Before the court is plaintiff's "Motion to Compel and for Sanctions" filed December 10, 2013. The court summarily **DENIES** the motion (Docket No. 16) for failure to comply with D.N.D. Civ. L.R. 37.1.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court