# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Malcom Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Hamm & Phillips Service Company, Inc., | ) | |
| and Mark Miedema, | ) | |
| | ) | Case No. 4:13-cv-079 |
| Defendants. | ) | |

Before the court is Defendants' motion for attorney Matthew G. Pletcher to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Matthew G. Pletcher has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 31) is **GRANTED**. Attorney Matthew G. Pletcher is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2015.

>   */s/ Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge